UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

**UNITED STATES OF AMERICA,**
ex rel. TYREL MENDELSON-CURRY

    **Plaintiff,**

v.                                          **CASE NO. 8:18-cv-1792-CEH-CPT**

**JACOBS TECHNOLOGY, INC. and**
**JACOBS ENGINEERING GROUP INC.,**

    **Defendants.**
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

YOU ARE HEREBY NOTIFIED that Plaintiff, by and through his undersigned counsel and pursuant to Fed.R.Civ.P 41(a)(1)(A)(i), hereby voluntarily dismisses his claims filed against Defendants in the above-styled case without prejudice.

                                                        Respectfully submitted,

                                                        /s/ Ryan D. Barack
                                                        **Ryan D. Barack**
                                                        Florida Bar No. 0148430
                                                        rbarack@employeerights.com
                                                        Jackie@employeerights.com
                                                        **Michelle Erin Nadeau**
                                                        Florida Bar No. 0060396
                                                        mnadeau@employeerights.com
                                                        Jackie@employeerights.com
                                                        **Kwall Barack Nadeau PLLC**
                                                        304 S. Belcher Rd., Suite C
                                                        Clearwater, Florida 33765
                                                        (727) 441-4947
                                                        (727) 447-3158 Fax
                                                        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished via the Court's CM/ECF system on January 6, 2020 to all counsel of record.

/s/ Ryan D. Barack
**Attorney**