UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
ex. rel. TYREL MENDELSON-CURRY

       Plaintiff,

v.

JACOBS TECHNOLOGY, INC.
and JACOBS ENGINEERING
GROUP INC.,

       Defendants.
_____/

Case No. 8:18-cv-01792-T-36-CPT

## UNITED STATES OF AMERICA'S CONSENT TO VOLUNTARY DISMISSAL WITHOUT PREJUDICE

On January 6, 2020, the Relator, Tyrel Mendelson-Curry, filed a notice of dismissal without prejudice in this action (Dkt. 19). Pursuant to 31 U.S.C. § 3730(b)(1), the United States hereby serves notice that it consents to dismissal, so long as it is without prejudice to the United States.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: /s/Lacy R. Harwell, Jr.
LACY R. HARWELL, JR.
Assistant United States Attorney
Florida Bar No. 714623
Office of the United States Attorney
For the Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
Tel. (813) 274-6000
Fax (813) 274-6200
Randy.Harwell@usdoj.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on January 6, 2020, I caused a true copy of the foregoing to be filed with the Court using the Court's CM/ECF filing system, which will send an electronic notice of filing to:

Michelle E. Nadeau    mnadeau@employeerights.com
Ryan D. Barack    rbarack@employeerights.com

                          /s/Lacy R. Harwell, Jr.
                          Lacy R. Harwell, Jr.
                          Assistant United States Attorney