UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA, ex. rel.
TYREL MENDELSON-CURRY,

    Plaintiff,

v.   Case No: 8:18-cv-1792-T-36CPT

JACOBS TECHNOLOGY, INC. and
JACOBS ENGINEERING GROUP INC.,

    Defendants.
_____/

## **O R D E R**

Before the Court is the Relator's Notice of Voluntary Dismissal without Prejudice (Doc. 19) and the United States of America's Consent to Voluntary Dismissal without Prejudice (Doc. 20). In accord with the Notices of Voluntary Dismissal without Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Notices of Voluntary Dismissal without Prejudice are **APPROVED** (Docs. 19, 20).

    2)    This cause is dismissed, without prejudice, as to the Defendants and the United States.

    3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

    **DONE AND ORDERED** in Tampa, Florida on January 14, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record